UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR AGHDAEI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENVISTA HOLDINGS CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendants.<br><br>ENVISTA HOLDINGS CORPORATION, a Delaware corporation,<br><br>　　　　　Counter Plaintiff,<br><br>　　v.<br><br>AMIR AGHDAEI, an individual,<br><br>Counter Defendant. | Case No. EDCV 25-1091-GW-DTBx<br>Judge:　Hon. George H. Wu<br><br>**ORDER RE: JOINT STIPULATION RE DEADLINE FOR ENVISTA HOLDINGS CORPORATION TO FILE SECOND AMENDED COUNTERCLAIM**<br><br>*[Filed Concurrently with Joint Stipulation]*<br><br>Complaint Served: May 13, 2025<br>FAC Served:　　　June 27, 2025<br>SAC Served:　　　September 3, 2025 |

-1-　　　Case No. 5:25-cv-01091-JGB-DTB

SMRH:4927-3305-0513.1

ORDER RE: JOINT STIPULATION RE DEADLINE FOR ENVISTA HOLDINGS CORPORATION TO FILE SECOND AMENDED COUNTERCLAIM

**ORDER**

Pursuant to the parties' Joint Stipulation re Envista Holdings Corporation's Deadline to File Second Amended Counterclaim, IT IS HEREBY ORDERED that:

1. Envista Holdings Corporation's Second Amended Counterclaim shall be filed no later than March 18, 2026; and

2. Amir Aghdaei's response to Envista's Second Amended Counterclaim shall be filed no later than fourteen days after the filing of the Second Amended Counterclaim.

**IT IS SO ORDERED.**

DATED: February 24, 2026

_____
HON. GEORGE H. WU,
United States District Judge