JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AMIR AGHDAEI,

           Plaintiff,

    v.

ENVISTA HOLDINGS CORPORATION,

           Defendant.

Case No.  EDCV 25-1091-GW-DTBx

**ORDER TO DISMISS**

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [57] filed on April 21, 2026, it is hereby ORDERED that this action is dismissed in its entirety.

    IT IS SO ORDERED.

Dated: April 21, 2026



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE